UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Shawn Ennis,

              Petitioner,

   v.

Jeffrey Uttecht,

              Respondent.

CASE NO. 3:19-cv-05786-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date:  November 22, 2019

The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge David W. Christel. Petitioner Shawn Ennis, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP") on August 26, 2019. Dkt. 1.  On August 27, 2019, the Clerk of Court sent Petitioner a letter notifying Petitioner that he failed to submit the proper application to proceed IFP. Dkt. 2.  On September 9, 2019, Petitioner filed a second application to proceed IFP. Dkt. 3. The Clerk of the Court sent Petitioner a second deficiency notice informing Petitioner that he failed to complete the certification section of the application to proceed IFP. Dkt. 4. The Clerk of Court instructed Petitioner to submit a complete application to proceed IFP.

- 1

1    *Id*. The Clerk of Court warned Petitioner that if he did not respond to the letter by October 11,

2    2019 the action may be subject to dismissal. *Id*.

3          Plaintiff has not responded to the Clerk of Court's letter, has not paid the filing fee, and

4    has not filed a complete application to proceed IFP. As Plaintiff has failed to prosecute this case,

5    the Court recommends this case be dismissed without prejudice.

6          Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

7    Procedure, the parties shall have fourteen (14) days from service of this Report to file written

8    objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

9    objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

10   limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on

11   November 22, 2019 as noted in the caption.

12         Dated this 28th day of October, 2019.

                                                David W. Christel
                                                United States Magistrate Judge