UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAWN ENNIS,

               Petitioner,

v.

JEFFREY UTTECHT,

               Respondent.

CASE NO. C19-5786-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 19. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus, Dkt. 10, is **DISMISSED**;

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

Dated this 19th day of June, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1